FILED
September 24, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )   Case No. 2:15CR00190-GEB-7
         Plaintiff,            )
                               )
v.                             )   ORDER FOR RELEASE OF
                               )   PERSON IN CUSTODY
MICHAEL ROMANO,                )
                               )
         Defendant.            )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MICHAEL ROMANO__, Case No. __2:15CR00190-GEB-7__, Charge __18USC § 371 & 493__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of $_____

    __ Unsecured Appearance Bond $_____

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

  ✔ (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 24, 2015__ at __2:00 pm__.

      By   /s/ Allison Claire/s/ Allison Claire
        Allison Claire
        United States Magistrate Judge

Copy 2 - Court