UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
September 24, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>MICHAEL ROMANO,<br><br>　　　　Defendant. | Case No. 2:15CR00190-GEB-7<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MICHAEL ROMANO__ , Case No. _2:15CR00190-GEB-7_ , Charge __18USC § 371 & 493__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__   Release on Personal Recognizance

　　__   Bail Posted in the Sum of $_____

　　　　__   Unsecured Appearance Bond $_____

　　　　__   Appearance Bond with 10% Deposit

　　　　__   Appearance Bond with Surety

　　　　__   Corporate Surety Bail Bond

　　　　✔   (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _September 24, 2015_ at _2:00 pm_ .

　　　　　　　　　　　　　　　　By  /s/ Allison Claire/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　Allison Claire
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 2 - Court