MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MICHAEL ROMANO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 15-190 MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO ALLOW TRIP TO RENO, NV |
| | ) TO DIVEST FIREARMS |
| | ) |
| MICHAEL ROMANO, | ) Date: |
| | ) Time: |
| Defendant. | ) Judge: Hon. Magistrate Kendall J. Newman |
| ===============================) | |

Defendant Michael Romano owned three firearms before his arrest in case 15-190 GEB. After his arrest, he transferred the firearms to another person to comply with his conditions of pre-trial release. Mr. Romano now wishes to permanently divest himself of the firearms by selling them to a licensed firearms dealer, Cabela's, near Reno, Nevada (the closest Cabela's retailer to Mr. Romano's home).

The government and the defense hereby stipulate that (1) Mr. Romano may take possession of the three firearms for a period of two days and (2) that Mr. Romano may travel to the Cabela's store near Reno, Nevada, for the purpose of selling the three firearms to Cabela's. Upon his return home, Mr. Romano will provide documentary proof to his pre-trial services officer that he sold the firearms to Cabela's.

///

///

-1-

Dated: February 15, 2018  Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Michael Romano

Dated: February 15, 2018  McGREGOR SCOTT
United States Attorney

/s/ Audrey Hemesath
AUDREY HEMESATH
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders as follows:

(1) Defendant Michael Romano may take possession of the three firearms for a period of two days and (2) that Mr. Romano may travel to the Cabela's store near Reno, Nevada, for the purpose of selling the three firearms to Cabela's. Upon his return home, Mr. Romano will provide documentary proof to his pre-trial services officer that he sold the firearms to Cabela's.

Dated: February 16, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE