MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MICHAEL ROMANO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. 15-190 GEB
        Plaintiff,            )
                                ) STIPULATION AND [PROPOSED]
  v.                            ) ORDER MODIFYING THE SCHEDULE
                                ) FOR Mr. ROMANO's PRE-SENTENCE
                                ) REPORT FOR A NEW SENTENCING DATE
MICHAEL ROMANO,                 ) OF JUNE 22, 2018
                                )
        Defendant.           ) Judge: Hon. Garland E. Burrell, Jr.
==============================)

Defendant Michael Romano is requesting a continuance of her sentencing hearing, which is presently set for May 18, 2018.  Mr. Romano is requesting a new sentencing date of June 22, 2018. The continuance is requested to allow Mr. Long to continue to gather documents and information for his formal objections and his sentencing memorandum.  AUSA Audrey Hemesath, on behalf of the United States Attorney's Office, and USPO Julie Besabe, on behalf of the United States Probation Office, have no objection to the requested continuance.  The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

    Judgment and Sentencing Date: June 22, 2018

    Reply, or Statement of Non-opposition: June 15, 2018

    Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 8, 2018

    The final Pre-Sentence Report has already been filed (ECF document 366)

-1-

Dated: May 8, 2018                                Respectfully submitted,

                                                  /s/ Michael D. Long
                                                  MICHAEL D. LONG
                                                  Attorney for Michael Romano


Dated: May 8, 2018                                McGREGOR SCOTT
                                                  United States Attorney

                                                  /s/ Audrey Hemesath
                                                  AUDREY HEMESATH
                                                  Assistant U.S. Attorney

[PROPOSED] ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the schedule for Mr. Romano's pre-sentence report is amended as follows:

Judgment and Sentencing Date: June 22, 2018

Reply, or Statement of Non-opposition: June 15, 2018

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 8, 2018

Dated: May 9, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge