MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MICHAEL ROMANO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,    ) No. 15-190 GEB
        Plaintiff,          )
                                 ) STIPULATION AND [PROPOSED]
  v.                             ) TO CONTINUE Mr. ROMANO's
                                 ) SENTENCING DATE FROM JUNE 22, 2018
                                 ) TO JUNE 29, 2018
MICHAEL ROMANO,                  )
        Defendant.         ) Judge: Hon. Garland E. Burrell, Jr.
================================)

    Defendant Michael Romano is requesting a continuance of her sentencing hearing, which is presently set for June 22, 2018.  Mr. Romano is requesting a new sentencing date of June 29, 2018. The continuance is requested because Mr. Long will be out-of-state on June 22, 2018.  AUSA Audrey Hemesath, on behalf of the United States Attorney's Office, and USPO Julie Besabe, on behalf of the United States Probation Office, have no objection to the requested continuance.  The pre-sentence report and all objections have already been completed and filed.

Dated:  June 13, 2018                          Respectfully submitted,

                                               /s/ Michael D. Long
                                               MICHAEL D. LONG
                                               Attorney for Michael Romano

///

///

///

-1-

Dated: June 13, 2018

McGREGOR SCOTT
United States Attorney

/s/ Audrey Hemesath
AUDREY HEMESATH
Assistant U.S. Attorney

ORDER

The Court hereby orders that Mr. Romano's sentencing hearing is continued from June 22, 2018, to 9:00 a.m. on June 29, 2018.

Dated: June 14, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge