MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MICHAEL ROMANO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br><br><br>MICHAEL ROMANO,<br>　　　　　　Defendant. | ) No. 15-190 GEB<br>)<br>) AMENDED STIPULATION AND [PROPOSED]<br>) TO CONTINUE Mr. ROMANO's<br>) SENTENCING DATE FROM JUNE 29, 2018<br>) TO AUGUST 17, 2018<br>)<br>) Judge: Hon. Garland E. Burrell, Jr. |

　　　　Defendant Michael Romano is requesting a continuance of his sentencing hearing, which is presently set for June 29, 2018.  When Mr. Long filed the continuance from June 22 to June 29, 2018, he mistakenly believed USPO Besabe was available to be in court on June 29th.  The first available date for all parties, USPO Besabe and the Court is Friday, August 17, 2018.

　　　　Mr. Romano is requesting a new sentencing date of August 17, 2018, because USPO Besabe will not be available on June 29, 2018.  The Court is not available on July 27, 2018.  AUSA Audrey Hemesath, on behalf of the United States Attorney's Office, and USPO Julie Besabe, on behalf of the United States Probation Office, have no objection to the requested continuance to August 17, 2018.  The pre-sentence report and all objections have already been completed and filed.

Dated:  June 19, 2018　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael D. Long
　　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Michael Romano

-1-

-2-

Dated:  June 19, 2018								McGREGOR SCOTT
											United States Attorney

											/s/ Audrey Hemesath
											AUDREY HEMESATH
											Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED**.

The Court hereby orders that Mr. Romano's sentencing hearing is continued from June 29, 2018, to 9:00 a.m. on August 17, 2018.

Dated:  June 19, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge