MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MICHAEL ROMANO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>MICHAEL ROMANO,<br>        Defendant. | ) No. 15-190 GEB<br>)<br>) AMENDED STIPULATION AND [PROPOSED]<br>) TO CONTINUE Mr. ROMANO's<br>) SENTENCING DATE FROM AUGUST 17, 2018<br>) TO AUGUST 31, 2018<br>)<br>)<br>) Judge: Hon. Garland E. Burrell, Jr. |

Defendant Michael Romano is requesting a continuance of his sentencing hearing, which is presently set for August 17, 2018. USPO Besabe is not available to be in court on August 17. Friday, August 31, 2018, is the first available date for all parties, USPO Besabe and the Court.

AUSA Audrey Hemesath, on behalf of the United States Attorney's Office, and USPO Julie Besabe, on behalf of the United States Probation Office, have no objection to the requested continuance to August 31, 2018. The pre-sentence report and all objections have already been completed and filed.

Dated: August 10, 2018                            Respectfully submitted,

                                                            /s/ Michael D. Long
                                                            MICHAEL D. LONG
                                                            Attorney for Michael Romano

Dated: August 10, 2018                            McGREGOR SCOTT
                                                            United States Attorney

                                                            /s/ Audrey Hemesath
                                                            AUDREY HEMESATH
                                                            Assistant U.S. Attorney

ORDER

    Mr. Romano's sentencing hearing is continued from August 17, 2018, to 9:00 a.m. on August 31, 2018.

    Dated: August 13, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge