MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MICHAEL ROMANO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 15-190 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER EXONERATING MR. LEVY'S |
| | ) UNSECURED APPEARANCE BOND |
| | ) |
| MICHAEL ROMANO, | ) |
| | ) |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |
| ===============================) | |

On August 31, 2018, defendant Michael Romano was sentenced to 37 months in prison. As his criminal case is now completed, the government, by and through AUSA Audrey Hemesath, and Defendant Michael Romano, by and through his appointed CJA attorney Michael Long, hereby stipulate that Mr. Romano's unsecured $50,000 appearance bond (ECF document 31) should be exonerated.

Dated: April 24, 2019                              Respectfully submitted,

                                                   /s/ *Michael D. Long*
                                                   MICHAEL D. LONG
                                                   Attorney for Michael Romano


Dated: April 24, 2019                              McGREGOR SCOTT
                                                   United States Attorney

                                                   /s/ *Audrey Hemesath*
                                                   AUDREY HEMESATH
                                                   Assistant U.S. Attorney

-1-

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court orders that Mr. Romano's unsecured appearance bond (ECF document 31) is hereby exonerated.

Dated: April 26, 2019

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```