UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROMANO,<br><br>Defendant. | No. 2:15-CR-00190-MCE<br><br><br><br>**ORDER** |

The Government's opposed request to file a further status report on July 2, 2020, with regard to Defendant Michael Romano's placement on home confinement by the Bureau of Prisons is GRANTED. See ECF Nos. 561, 568.

This motion is totally unnecessary. The defendant is to be released on home confinement on June 30th, less than 96 hours from the date this order is being signed. Any further action by this court will undoubtedly do nothing more than delay the current release date.

IT IS SO ORDERED.

Dated: June 26, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1