UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROMANO,<br><br>Defendant. | No. 2:15-CR-00190-MCE<br><br><br><br>**ORDER** |

The Court has reviewed the Government's status report filed June 30, 2020. ECF No. 572. Defendant's Motion for Compassionate Release (ECF No. 558) is DENIED.

IT IS SO ORDERED.

Dated: July 2, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE